MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

EADDY, Maurice D                                     Crim. No.: 19CR20336-01

On 04/24/2023, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 06/26/2023, and the Court made the following findings:

  x   Guilty of violating conditions as reported in Counts 1 and 3 of the violation petition. The Court continued supervision for EADDY and following special conditions of supervision were added:

"THE DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE PROBATION DEPARTMENT FOR MENTAL HEALTH COUNSELING, IF NECESSARY."

"THE DEFENDANT SHALL TAKE ALL MEDICATIONS AS PRESCRIBED BY A PHYSICIAN WHOSE CARE HE IS UNDER, INCLUDING A PSYCHIATRIST, IN THE DOSAGES AND AT THE TIMES PROPOSED. IF THE DEFENDANT IS PRESCRIBED A MEDICATION, HE SHALL TAKE IT, AND THE DEFENDANT SHALL NOT DISCONTINUE MEDICATIONS AGAINST MEDICAL ADVICE."

Respectfully submitted,

s/Marquez F. Harris
Marquez F. Harris
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 29th Day of June, 2023.

/s/Terrence G. Berg
Honorable Terrence G. Berg
United States District Judge